| DOCUMENTS UNDER SEAL ☐ | | | TOTAL TIME (mins): 4 Mins | | |
|---|---|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | | DEPUTY CLERK Sheilah Cahill | | REPORTER/FTR FTR: 10:31:45 - 10:35:18 | |
| MAGISTRATE JUDGE HON. WAYNE D. BRAZIL | | DATE 5/13/08 | | NEW CASE ☐ | CASE NUMBER CR-08-00306 DLJ |

### APPEARANCES

| DEFENDANT Hector Rodriguea-Maldonado | AGE | CUST Yes | P/NP P | ATTORNEY FOR DEFENDANT Jerome Matthews | PD. ☒ RET. ☐ APPT. ☐ |
|---|---|---|---|---|---|
| U.S. ATTORNEY Dan Kaleba | | INTERPRETER not needed | | ☒ FIN. AFFT SUBMITTED | ☒ COUNSEL APPT'D |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER Carol Mendoza | | | DEF ELIGIBLE FOR APPT'D COUNSEL ☒ | PARTIAL PAYMENT ☐ OF CJA FEES |

### PROCEEDINGS SCHEDULED TO OCCUR

| ☐ INITIAL APPEAR | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | ☐ STATUS |
|---|---|---|---|---|
| ☒ I.D. COUNSEL <1 min> | ☐ ARRAIGNMENT | ☐ BOND HEARING | ☐ INITIAL APPEAR REV PROB OR S/R | ☐ OTHER |
| ☒ DETENTION HRG <3 min> | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☐ ATTY APPT HEARING |

### INITIAL APPEARANCE

| ☐ ADVISED OF RIGHTS | ☐ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |
|---|---|---|---|

**FILED MAY 13 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA OAKLAND**

### ARRAIGNMENT

| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

### RELEASE

| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY $ | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE: |
|---|---|---|---|---|
| PROPERTY TO BE POSTED ☐ CASH $ | | CORPORATE SECURITY ☐ | | REAL PROPERTY: ☐ |

| ☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☒ DETAINED | ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☒ REMANDED TO CUSTODY |
|---|---|---|---|---|---|

ORDER REMOVED TO THE DISTRICT OF

### PLEA

| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
|---|---|---|---|
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

### CONTINUANCE

| TO: 5/23/08 | ☐ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☒ STATUS / TRIAL SET |
|---|---|---|---|---|
| AT: 9:00 AM | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING OR ARRAIGNMENT | ☐ CHANGE OF PLEA | ☐ OTHER |
| BEFORE HON. DLJ | ☐ DETENTION HEARING | | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☒ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

### ADDITIONAL PROCEEDINGS

F/A subm.; dft. qualifies; AFPD Matthews appointment confirmed. Not guilty plea was previously entered. Dft. has ICE hold.

cc: WDB Stats; DLJ/Frances

DOCUMENT NUMBER:

U.S. Department of Homeland Security
San Francisco District Office
630 Sansome Street.
San Francisco, CA 94111

RECEIVED
MAY - 8 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**Immigration Detainer - Notice of Action**

| File No. |
|---|
| A75 496 807 |
| MAY 8, 2008 |

| To: (Name and title of institution) | From: (INS office address) |
|---|---|
| **CUSTODIAN OF RECORDS, HOLDS/DETAINERS**<br>**U.S. MARSHALS SERVICE**<br>**OAKLAND, CALIFORNIA**<br>Or any subsequent law enforcement agency<br><br>To Follow On All Transfers | U.S. Immigration and Customs Enforcement<br>Detention and Removals<br>630 Sansome Street<br>San Francisco, CA 94111 (415) 844-5640 |

ORIGINAL FILED
MAY - 8 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Name of alien:   **RODRIGUEZ-MALDONADO, HECTOR**

CII:  CA24083490        FBI# 314082XB0

Date of birth:  JULY 22, 1982      Nationality:  Mexico      Sex:  Male

**You are advised that the action noted below has been taken by the U.S. Immigration and Customs Enforcement concerning the above-named inmate of your institution:**

☐ Investigation has been initiated to determine whether this person is subject to removal from the United States.

☐ A Notice to Appear or other charging document initiating removal proceedings, a copy of which is attached, was served on _____ (Date)

☐ A warrant of arrest in removal proceedings, a copy of which is attached, was served on _____ (Date)

☒ **Deportation or removal from the United States has been ordered.**

**It is requested that you:**

Please accept this notice as a detainer. This is for notification purposes only and does not limit your discretion in any decision affecting the offender's classification, work and quarters assignments, or other treatment which he or she would otherwise receive.

☐ Federal regulations (8 CFR 287.7) require that you detain the alien for a period not to exceed 48 hours (excluding Saturdays, Sundays and Federal holidays) to provide adequate time for INS to assume custody of the alien. You may notify INS by calling _____ during business hours or _____ after hours in an emergency.

☒ **Please complete and sign the bottom block of the duplicate of this form and return it to this office.**

   **Please return a signed copy via facsimile to    (415)   844-5682**
                                                 (Area code and facsimile number)
☒ **Notify the nearest DHS/ICE office of the time of release at least 30 days prior to release or as far in advance as possible.**
☒ **Notify this office in the event of the inmate's death or transfer to another institution.**
☐ Please cancel the detainer previously placed by this Service on _____ .

Cesar Lopez #3153                              Deportation Officer
(Signature of ICE official)                    (Title of ICE official)

Date of latest conviction: _____    Latest conviction charge: _____

Estimated release date: _____

SIGNATURE AND TITLE OF OFFICIAL: _____          Form I-247 (Rev. 4-1-97)N

***************************************RECEIPT ACKNOWLEDGED***************************************