UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Criminal Pretrial Minute Order
JUDGE D. LOWELL JENSEN
Date: 5/23/08

**Clerk:** Frances Stone
**Court Reporter:** DIANE SKILLMAN

**Plaintiff:** United States

**v.**                                                         **No.** CR-08-00306-DLJ

**Defendant:** Hector Rodriguez-Maldonado[present; in custody]

**Appearances for AUSA:** Daniel Kaleba

**Appearances for Defendant:** Jerome Matthews

**Interpreter:** not needed

**Probation Officer:**

**Reason for Hearing:**              **Ruling:**
SETTING/STAT                          -HELD

**Notes:**

**Case Continued to**    6/20/08 AT 9:00AM    for STATUS

**Case Continued to:**        for
**Case Continued to:**        for
**Motions to be filed by:**     **Opposition Due:**

**Case Continued to**                    for Pretrial Conference

**Case Continued to**        for            Trial

**Excludable Delay: Category: Begins:  5/23/08       Ends: 6/20/08**