UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
<u>Criminal Pretrial Minute Order</u>
JUDGE D. LOWELL JENSEN
Date:  6/20/08

**Clerk:** Frances Stone
**Court Reporter:** DIANE SKILLMAN

**Plaintiff:**  United States

v.                                                                                       **No.** CR-08-00306-DLJ

**Defendant:** Hector Rodriguez-Maldonado [present; in custody]

**Appearances for AUSA:** Douglas Sprague

**Appearances for Defendant:** Jerome Matthews

**Interpreter:** <u>not needed</u>

**Probation Officer:**

| Reason for Hearing: | Ruling: |
|---|---|
| STATUS | -HELD |

**Notes:**

**Case Continued to**   7/11/08 AT 9:00AM   for  CHANGE OF PLEA

**Case Continued to:**           for
**Case Continued to:**           for
**Motions to be filed by:**      Opposition Due:

**Case Continued to**                     for Pretrial Conference

**Case Continued to**          for            Trial

**Excludable Delay: Category: Begins:  6/20/08        Ends: 7/11/08**