```
 1  JOSEPH P. RUSSONIELLO (CASBN 44332)
    United States Attorney
 2
    BRIAN J. STRETCH (CASBN 163973)
 3  Chief, Criminal Division

 4  JOSHUA HILL (CASBN 250842)
    Assistant United States Attorney
 5
       1301 Clay Street; Suite 340-S
 6     Oakland, California 94612
       Phone: 510/637-3740
 7     Fax: 510/637-3724
       E-mail: joshua.hill2@usdoj.gov
 8
 9  Attorneys for Plaintiff
```

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                             OAKLAND DIVISION

| | | |
|---|---|---|
| 13 | UNITED STATES OF AMERICA,   ) | No. CR 08-0306 DLJ |
| 14 | Plaintiff,   ) | |
| | ) | NOTICE OF SUBSTITUTION OF |
| 15 | v.   ) | ATTORNEY |
| | ) | |
| 16 | HECTOR RODRIGUEZ-MALDONADO,   ) | |
| 17 | Defendant.   ) | |

19   Please take notice that as of July 8, 2008, the Assistant United States Attorney whose

20  name, address, telephone number and e-mail address listed below is assigned to be

21  counsel for the government.

22                          JOSHUA HILL
                      Assistant United States Attorney
23                      1301 Clay Street; Suite 340S
                        Oakland, California 94612
24                         Phone: 510/637-3740
                           Fax: 510/637-3724
25                   E-mail: joshua.hill2@usdoj.gov

26    The Clerk is requested to change the docket sheet and other court records so as to

27  reflect that all orders and communications from the court will in the future be directed to

28  ////


SUBSTITUTION OF ATTORNEY

1  AUSA Joshua Hill at the above mailing address, telephone number, facsimile number and
2  e-mail address.
3
4
   DATED:  July 9, 2008                    Respectfully submitted,
5
                                           JOSEPH P. RUSSONIELLO
6                                          United States Attorney
7

8                                          _____/s/_____
                                           JOSHUA HILL
9                                          Assistant United States Attorney

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

SUBSTITUTION OF ATTORNEY