9am
YC
E-FILING CASE

9:37 Am – 9:41 Am

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CRIMINAL PRETRIAL MINUTE ORDER

**FILED**
JUL 11 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Date: 7/11/08

Case No: CR-08-00306-DLJ          Judge: D. Lowell Jensen
Reporter: JRENE RODRIGUEZ          Clerk: Frances Stone

Defendant(s):                                        Defense Counsel:
HECTOR RODRIGUEZ-MALDONADO  Present? Y   In Custody? Y   JEROME MATTHEWS

US Attorney: CHINHAYI COLEMAN (FOR J. HILL)
Interpreter:
US Probation Officer:

Reason for Hearing: CHANGE OF PLEA

Ruling: – HELD
GUILTY PLEA TO COUNT ONE OF INDICTMENT. PLEA IS WITH CONSENT OF COUNSEL. PLEA IS ACCEPTED AND ENTERED.

Case continued to: 9/26/08 AT 10AM for SENTENCING

CC: PROBATION