UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
JUL 1 1 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

| | |
|---|---|
| Case Number | CR-08-000306-01-DLJ |
| Defendant's Name | HECTOR RODRIGUEZ-MALDONADO |
| Defendant's Counsel | Jerome Matthews |
| Due Date | 9/16/08 AT 10A |
| Courtroom | 1    Floor 4th |

~~~~~NOTICE TO DEFENSE COUNSEL~~~~~

**The Court has directed that a:**

___XX___ Presentence Investigation
_____ Bail Investigation
_____ Bail Supervision
_____ Postsentence Investigation
_____ 4244

be conducted on the above-named defendant. So that the investigation/supervision can be completed promptly, please go to the **Probation Office,** before leaving the Courthouse today to make the necessary arrangements.

RICHARD W. WIEKING, CLERK

✓ cc to Counsel
✓ cc to Probation

by: _Frances Stone_
Frances Stone , Deputy Clerk

Dated: **July 11, 2008**

**US PROBATION OFFICE**~~~~~
Is defendant in custody?   Yes or No
Is defendant English speaking?   Yes or No [Interpreter:_____]
Defendant's address: _____
_____
_____